CSD 1099 [09/26/06]
Name, Address, Telephone No. & I.D. No.

Judith J. HOFFMAN
2918 MARQUETTE ST,
SAN DIEGO, CA          92106
619-222-5617

```
                              ✓  FILED
                              ___ ENTERED
                              ___ LODGED
                              ___ RECEIVED

                              SEP 1 7 2010

                         CLERK, U.S. BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY  ___              DEPUTY
```

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re    HOFFMAN, Judith Jean

BANKRUPTCY NO. 10-14890-13

Debtor.

### BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

[✓]    Summary of Schedules
[✓]    Statistical Summary of Certain Liabilities and Related Data
[✓]    Schedule A - Schedule of Real Property
[✓]    Schedule B - Schedule of Personal Property
[✓]    Schedule C - Schedule of Property Claimed Exempt
[✓]    Schedule D - Creditors Holding Secured Claims
[✓]    Schedule E - Creditors Holding Unsecured Priority Claims
[✓]    Schedule F - Creditors Holding Unsecured Nonpriority Claims
[✓]    Schedule G - Schedule of Executory Contracts & Unexpired Leases
[✓]    Schedule H - Schedule of Co-Debtor
[✓]    Schedule I - Current Income of Individual Debtor(s)
[✓]    Schedule J - Current Expenditures of Individual Debtor(s)
[✓]    Statement of Financial Affairs
[✓]    Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ]    Statement of Current Monthly Income (Form B22B)
[ ]    Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
[✓]    Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1.    Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2.    Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4. See instructions on reverse side.

Dated:    Signed: _Judith Jean Hoffman_
                        Attorney for Debtor

I [We] _Judith J. Hoffman_ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of _____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: 9/17/2010    _Judith Jean Hoffman_                    _____
                          Debtor                                   Joint Debtor

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1099                        14890 bal         28 HS

CSD 1099 (Page 2) [09/26/06]

## INSTRUCTIONS

1.    Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.    If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _17th_ day of _September_, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service]

on the following persons [set forth name and address of person served]:

[ ]  For Chpt. 7, 11, & 12 cases:    [ ]  For ODD numbered Chapter 13 cases:    [X]  For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE    THOMAS H. BILLINGSLEA, JR., TRUSTEE    DAVID L. SKELTON, TRUSTEE
Department of Justice    530 "B" Street, Suite. 1500    525 "B" Street, Suite 1430
402 West Broadway, Suite 600    San Diego, CA 92101    San Diego, CA 92101-4507
San Diego, CA 92101

[ ]  Chpt. 7 Trustee, if any:

[ ]  If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _9/17/2010_
(Date)

_Judith J HOFFMAN_
(Typed Name and Signature)

_2918 MARQUETTE ST._
(Address)

_SAN DIEGO, CA 92106_
(City, State, ZIP Code)

CSD 1099

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Southern District of California**

IN RE:                                                          Case No. 10-14890

Hoffman, Judith Jean                                           Chapter 13
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $   950,000.00 | | |
| B - Personal Property | Yes | 4 | $  1,010,405.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $   1,062,853.01 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $     82,128.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $       0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $   6,421.22 |
| TOTAL | | 15 | $  1,960,405.00 | $   1,144,981.95 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Hoffman, Judith Jean _____   Case No. 10-14890
                     Debtor(s)                                    (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Half interest in 8-unit apartment building   4032 Alabama Street, San Diego, CA 92104 | | | 400,000.00 | 259,278.01 |
| Single family home   2918 Marquette Street San Diego, CA 92106 | Fee Simple | | 550,000.00 | 803,575.00 |
| | | TOTAL | 950,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE Hoffman, Judith Jean**                                                  Case No. 10-14890
                  Debtor(s)                                                                                  (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account   Wells Fargo | N | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | floor lamp   2918 Marquette St San Diego, CA 92106 | N | 10.00 |
| | | floor lamp   2918 Marquette St San Diego, CA 92106 | N | 20.00 |
| | | floor lamp   2918 Marquette St San Diego, CA 92106 | N | 20.00 |
| | | pot & pans   2918 Marquette St | | 75.00 |
| | | table lamp   2918 Marquette St San Diego, CA 92106 | | 10.00 |
| | | table lamp   2918 Marquette St San Diego, CA 92106 | | 10.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Used books and some compact discs   2918 Marquette Street, San Diego, CA 92106 | | 100.00 |
| 6.  Wearing apparel. | | Used clothing, mostly tops, pant and some casual jackets   2918 Marquette Street San Diego, CA 92106 | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Exercise equipment   2918 Marquette Street San Diego, CA 92106 | N | 150.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement account/IRA | | 190.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE Hoffman, Judith Jean** _____    Case No. __10-14890__
                           Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1983-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against mortgage lenders and related parties for wrongful foreclosure and related claims for relief | | 1,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 Ford Ranger, failed smog, heavily rusted, no frills, no book value online. (age & condition   2918 Marquette St. San Diego, CA 92106 | N | 300.00 |
| | | 2000 Ford Explorer   2918 Marquette Street San Diego, CA 92106 | N | 3,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 2-drawer file cabinet | N | 20.00 |
| | | 2-drawer file cabinet   2918 Marquette St San Diego, CA 92106 | N | 20.00 |

B6B (Official Form 6B) (12/07) - Cont.

IN RE Hoffman, Judith Jean _____          Case No. 10-14890 _____
                        Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 3-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 5.00 |
| | | 3-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 5.00 |
| | | 3-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 5.00 |
| | | 3-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 20.00 |
| | | 4-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 15.00 |
| | | 4-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 15.00 |
| | | 4-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 15.00 |
| | | 4-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 15.00 |
| | | 4-shelf book case   2918 Marquette St San Diego, CA 92106 | N | 15.00 |
| | | book shelves   2918 Marquette St San Diego, CA 92106 | N | 20.00 |
| | | computer w monitor (older)   2918 Marquette St San Diego, CA 92106 | N | 100.00 |
| | | desk hutch   2918 Marquette St San Diego, CA 92106 | N | 10.00 |
| | | Desktop Computer w monitor (2 yrs old)   2918 Marquette St San Diego, CA 92106 | N | 150.00 |
| | | Desktop Computer w monitor (older)   2918 Marquette St San Diego, CA 92106 | N | 100.00 |
| | | desktop computer w monitor (older)   2918 Marquette St San Diego, CA 92106 | N | 100.00 |
| | | hand tools & misc. drills, sanders, saws   2918 Marquette St San Diego, CA 92106 | N | 150.00 |
| | | laptop (3 yrs old)   2918 Marquette St San Diego, CA 92106 | | 150.00 |
| | | old desk   2918 Marquette St San Diego, CA 92106 | | 30.00 |
| | | small office table   2918 Marquette St San Diego, CA 92106 | | 20.00 |
| 30.   Inventory. | X | | | |
| 31.   Animals. | | household pet dogs   2918 Marquette Street San Diego, CA 92106 | N | 0.00 |
| 32.   Crops - growing or harvested. Give particulars. | X | | | |
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | | 3 metal shelving racks   2918 Marquette St San Diego, CA 92106 | N | 60.00 |
| | | 3 small painted cabinets (from kit)   2918 Marquette St San Diego, CA 92106 | N | 40.00 |
| | | appliance cart   2918 Marquette St San Diego, CA 92106 | N | 50.00 |
| | | area rug   2918 Marquette St San Diego, CA 92106 | N | 75.00 |
| | | area rug   2918 Marquette St San Diego, CA 92106 | N | 50.00 |
| | | area rug dining room   2918 Marquette St San Diego, CA 92106 | N | 75.00 |
| | | area rug in master   2918 Marquette St San Diego, CA 92106 | N | 75.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE _____ Case No. _____
                        Debtor(s)                              (If known)

**SCHEDULE B - PERSONAL PROPERTY**
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| painted cabinet pair (real cheap construction)  2918 Marquette St San Diego, CA 92106 | | | | 20.00 |
| painted wood screens  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| recliner  2918 Marquette St San Diego, CA 92106 | | | | 50.00 |
| recliner  2918 Marquette St San Diego, CA 92106 | | | | 50.00 |
| recliner  2918 Marquette St San Diego, CA 92106 | | | | 50.00 |
| recliner  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| refrigerator  2918 Marquette St San Diego, CA 92106 | | | | 400.00 |
| rocker  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| rocker  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| serger (over 10 years old)  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| sewing desk  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| sheets, pillow cases, towels, table cloths  2918 Marquette St San Diego, CA 92106 | | | | 100.00 |
| shelving  2918 Marquette St San Diego, CA 92106 | | | | 20.00 |
| simple twin hospital-type bed  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| small freezer  2918 Marquette St San Diego, CA 92106 | | | | 25.00 |
| small painted cabinet  2918 Marquette St San Diego, CA 92106 | | | | 10.00 |
| small painted cabinet  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| small painted cabinet  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| sofa - older  2918 Marquette St San Diego, CA 92106 | | | | 50.00 |
| sofa - older  2918 Marquette St San Diego, CA 92106 | | | | 50.00 |
| table  2918 Marquette St San Diego, CA 92106 | | | | 100.00 |
| table & 4 chairs  2918 Marquette St San Diego, CA 92106 | | | | 100.00 |
| table lamp  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| table lamp  2918 Marquette St San Diego, CA 92106 | | | | 20.00 |
| table lamp  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| table lamp  2918 Marquette St San Diego, CA 92106 | | | | 15.00 |
| tall cabinets with light bridge & headboard - king  2918 Marquette St San Diego, CA 92106 | | | | 250.00 |
| tiny table & 2 chairs  2918 Marquette St San Diego, CA 92106 | | | | 40.00 |
| upright freezer  2918 Marquette St San Diego, CA 92106 | | | | 150.00 |
| washer  2918 Marquette St San Diego, CA 92106 | | | | 300.00 |
| | | | **TOTAL** | **1,010,405.00** |

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Hoffman, Judith Jean                                                    10-14890

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Item | | | Amount |
|---|---|---|---|
| area rugs in living room   2918 Marquette St San Diego, CA 92106 | N | | 150.00 |
| book case   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 100.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 25.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 50.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 45.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 45.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 30.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 30.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 35.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 35.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 25.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 50.00 |
| cabinet   2918 Marquette St San Diego, CA 92106 | N | | 60.00 |
| cedar chests 4   2918 Marquette St San Diego, CA 92106 | N | | 150.00 |
| chest freezer   2918 Marquette St San Diego, CA 92106 | N | | 125.00 |
| china cabinet & hutch (cheap originally)   b2918 Marquette St San Diego, CA 92106 | N | | 40.00 |
| clock   2918 Marquette St San Diego, CA 92106 | N | | 600.00 |
| coffee table   2918 Marquette St San Diego, CA 92106 | N | | 15.00 |
| coffee table   2918 Marquette St San Diego, CA 92106 | N | | 15.00 |
| coffee table   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| den area rug   2918 Marquette St San Diego, CA 92106 | N | | 50.00 |
| dresser & mirror   2918 Marquette St San Diego, CA 92106 | N | | 50.00 |
| dryer   2918 Marquette St San Diego, CA 92106 | N | | 200.00 |
| end table   2918 Marquette St San Diego, CA 92106 | N | | 15.00 |
| end table   2918 Marquette St San Diego, CA 92106 | N | | 15.00 |
| entry table   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| fabric   2918 Marquette St San Diego, CA 92106 | N | | 75.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| floor lamp   2918 Marquette St San Diego, CA 92106 | N | | 20.00 |
| king bed   2918 Marquette St San Diego, CA 92106 | N | | 150.00 |
| kitchen cart - folding   2918 Marquette St San Diego, CA 92106 | N | | 25.00 |
| love seat sofa - older   2918 Marquette St San Diego, CA 92106 | | | 40.00 |
| metal rack   2918 Marquette St San Diego, CA 92106 | | | 10.00 |
| metal shelf cart   2918 Marquette St San Diego, CA 92106 | | | 20.00 |
| older sewing machine (from 1975 or so)   2918 Marquette St San Diego, CA 92106 | | | 40.00 |

B6C (Official Form 6C) (04/10)

IN RE Hoffman, Judith Jean                                               Case No. 10-14890
_____                                        _____
                    Debtor(s)                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| pot & pans   2918 Marquette St | CCCP § 704.020 | 75.00 | 75.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.020 | 10.00 | 10.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.020 | 10.00 | 10.00 |
| Used books and some compact discs 2918 Marquette Street, San Diego, CA 92106 | CCCP § 704.020 | 100.00 | 100.00 |
| Used clothing, mostly tops, pant and some casual jackets  2918 Marquette Street San Diego, CA 92106 | CCCP § 704.020 | 200.00 | 200.00 |
| Retirement account/IRA | CCCP § 704.110(b), Gov. Code § 21201 | 190.00 | 190.00 |
| laptop (3 yrs old)   2918 Marquette St San Diego, CA 92106 | CCCP § 704.060(a)(1) | 150.00 | 150.00 |
| old desk   2918 Marquette St San Diego, CA 92106 | CCCP § 704.060(a)(1) | 30.00 | 30.00 |
| small office table   2918 Marquette St San Diego, CA 92106 | CCCP § 704.060(a)(1) | 20.00 | 20.00 |
| love seat sofa - older   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| metal rack   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 10.00 | 10.00 |
| metal shelf cart   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 20.00 | 20.00 |
| older sewing machine (from 1975 or so) 2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| painted cabinet pair (real cheap construction)  2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 20.00 | 20.00 |
| painted wood screens   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| recliner   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| recliner   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| recliner   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| recliner   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| refrigerator   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 400.00 | 400.00 |
| rocker   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| rocker   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6C (Official Form 6C) (04/10) - Cont.

Case No. **10-14890**
(If known)

IN RE <u>Hoffman, Judith Jean</u>
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| serger (over 10 years old)   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| sewing desk   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| sheets, pillow cases, towels, table cloths   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 100.00 | 100.00 |
| shelving   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 20.00 | 20.00 |
| simple twin hospital-type bed   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| small freezer   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 25.00 | 25.00 |
| small painted cabinet   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 10.00 | 10.00 |
| small painted cabinet   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| small painted cabinet   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| sofa - older   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| sofa - older   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 50.00 | 50.00 |
| table   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 100.00 | 100.00 |
| table & 4 chairs   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 100.00 | 100.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 20.00 | 20.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| table lamp   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 15.00 | 15.00 |
| tall cabinets with light bridge & headboard - king   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 250.00 | 250.00 |
| tiny table & 2 chairs   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 40.00 | 40.00 |
| upright freezer   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 150.00 | 150.00 |
| washer   2918 Marquette St San Diego, CA 92106 | CCCP § 704.070 | 300.00 | 300.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Hoffman, Judith Jean _____     Case No. 10-14890
                 Debtor(s)                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>America's Wholesale Lender-->CW--> Litton | | | 8/26/05 Home loan - Wrongful Foreclosure<br><br><br>VALUE $ 550,000.00 | X | X | X | 703,500.00 | 153,500.00 |
| ACCOUNT NO.<br><br>Secured Funding --> HSBC | | | Home loan - wrongful foreclosure<br><br><br>VALUE $ 550,000.00 | X | X | X | 100,075.00 | 100,075.00 |
| ACCOUNT NO.<br><br>Wachovia/Wells Fargo<br>D1100-090, 9th Floor, 201 South College<br>Charlotte, NC  28244 | X | | Other<br><br><br>VALUE $ 400,000.00 | X | X | X | 259,278.01 | |
| ACCOUNT NO.<br><br><br><br><br>VALUE $ | | | | | | | | |

| | | | |
|---|---|---|---|
| ___0___ continuation sheets attached | Subtotal<br>(Total of this page) | $ 1,062,853.01 | $ 253,575.00 |
| | Total<br>(Use only on last page) | $ 1,062,853.01 | $ 253,575.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Hoffman, Judith Jean** _____          Case No. 10-14890
                                    Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Hoffman, Judith Jean                                                          Case No. 10-14890
_____                                            _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | N | Credit cards | | | | |
| Capital 1 PO Box 30285 Salt Lake City, UT  84130 | | | | | | | 0.00 |
| ACCOUNT NO. | | N | Credit cards | | | | |
| Citibank - Home Depot P.O. Box 6405 Sioux Falls, SD  57117 | | | | | | | 6,628.94 |
| ACCOUNT NO. | | N | Credit cards | | | | |
| Citibank - MasterCard P. O. Box 6500 Sioux Falls, SD  57117 | | | | | | | 0.00 |
| ACCOUNT NO. | | N | Credit cards | | | | |
| Citibank - Sears P.O. Box 182149 Columbus,, OH  43218 | | | | | | | 0.00 |

<table>
<tr><td></td><td>Subtotal<br/>(Total of this page)</td><td>$  6,628.94</td></tr>
<tr><td></td><td>Total<br/>(Use only on last page of the completed Schedule F. Report this total also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)</td><td>$</td></tr>
</table>

__1__ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Hoffman, Judith Jean

Case No. 10-14890

Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FTB<br>State Of CA<br>CA | | N | Taxes | | | | 73,000.00 |
| ACCOUNT NO.<br>HSBC | | N | Personal loan | | | | 0.00 |
| ACCOUNT NO.<br>IRS | | N | Taxes | | | | 0.00 |
| ACCOUNT NO. TL-RPMCA 1107-091223-0133<br>JP Lenders<br>2539 S. Main St<br>Santa Ana, CA  92707 | | N | 12/23/2009 Car loan | | | | 2,500.00 |
| ACCOUNT NO.<br>Shell<br>P.O. Box 6406<br>Sioux Falls, SD  57117 | | N | Credit cards | | | | 0.00 |
| ACCOUNT NO.<br>USAA<br>10750 McDermott Freeway<br>San Antonio, TX  78288 | | N | Credit cards | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 75,500.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 82,126.94

© 1983-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Hoffman, Judith Jean                                    Case No. 10-14890
_____                        _____
            Debtor(s)                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in
contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each
lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian,
such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE Hoffman, Judith Jean _____    Case No. 10-14890
                    Debtor(s)                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Robert D Hoffman<br>262 West Gennessee<br>Kirwin, KS | Wachovia/Wells Fargo<br>D1100-090, 9th Floor, 201 South College<br>Charlotte, NC 28244 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

Case No. 10-14890
(If known)

IN RE Hoffman, Judith Jean
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Single** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Software developer - out of work** | |
| Name of Employer | | |
| How long employed | **30 years** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  |  | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ | $ |
| 2. Estimated monthly overtime | | $ | $ |
| 3. SUBTOTAL | | $ 0.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and Social Security | | $ | $ |
| b. Insurance | | $ | $ |
| c. Union dues | | $ | $ |
| d. Other (specify) | | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ -1000. | $ |
| 8. Income from real property | | $ 6400. | $ |
| 9. Interest and dividends | | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ | $ |
| 11. Social Security or other government assistance | | $ | $ |
| (Specify) | | $ | $ |
| 12. Pension or retirement income | | $ | $ |
| 13. Other monthly income | | $ | $ |
| (Specify) | | $ | $ |
|  |  | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 5400.00 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ 5400.00

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

My personal business is "Online Endeavors LLC". This business is ramping up currently. I am developing internet properties for myself and others. This line of work fits very well with my prior work experience. I do have mentors I am working with also. My talent at writing articles has been commented on and this will also be helpful with the websites.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE Hoffman, Judith Jean                                                  Case No. 10-14890
                    Debtor(s)                                                              (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ **Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."**

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2520.63 |
|    a. Are real estate taxes included?  Yes ____ No ✓ | | |
|    b. Is property insurance included?  Yes ____ No ✓ | | |
| 2. Utilities: | $ | 30.00 |
|    a. Electricity and heating fuel | $ | 70.00 |
|    b. Water and sewer | $ | 90.00 |
|    c. Telephone | $ | 100.00 |
|    d. Other  Internet & cable | $ | |
| | $ | 105.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 10.00 |
| 5. Clothing | $ | |
| 6. Laundry and dry cleaning | $ | 150.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 5.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | $ | 77.88 |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | 385.00 |
|    c. Health | $ | 74.00 |
|    d. Auto | $ | |
|    e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $ | 130.00 |
|    (Specify) Property Tax | $ | 450.00 |
|    Income Tax | | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | $ | 272.00 |
|    a. Auto | $ | |
|    b. Other | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.    $ 4879.35

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
    NONE

**20. STATEMENT OF MONTHLY NET INCOME**
   a. Average monthly income from Line 15 of Schedule I    $ 5400.00
   b. Average monthly expenses from Line 18 above    $ 4879.85
   c. Monthly net income (a. minus b.)    $ 520.15

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

IN RE Hoffman, Judith Jean _____    Case No. 10-14890_____
                          Debtor(s)                                        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 17 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **Sept 13, 2010** _____    Signature: **/s/ Judith Jean Hoffman** _____
                                                    **Judith Jean Hoffman**                        Debtor

Date: _____    Signature: _____
                                                              (Joint Debtor, if any)
                                            [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                            _____
                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Southern District of California**

IN RE:                                                          Case No. 10-14890

Hoffman, Judith Jean                                           Chapter 13
                                Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate property identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☑ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**2. Income other than from employment or operation of business**

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| JWP Lenders<br>2539 S. MainSt<br>Santa Ana, CA 92707 | 6/30, 7/30, 8/30 | 300.00 | 2,500.00 |
| Wachovia<br>NC | 7/15, 8/15, 9/15 | 0.00 | 0.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    * *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c. All debtors:** List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ **a.** List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Return of deposit to tenant | Small Claims | San Diego | $1400 judgement (based on incorrect mailing addres |
| Citibank | credit card | San Diego | $6000 + judgement |

None ☑ **b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ **a.** Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ **b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Steven K. Kop | 7/1/2010 | 1,000.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Attorney At Law
1470 Jamboree Road Suite 102
Newport Beach, CA  92660

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Chase - Wamu San Diego, CA | | Closing Balance: $200 |
| US Bank San Diego, CA | | Closing Balance: $200 |
| Point Loma Credit Union | | |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Alabama Street Apartments | 33-0340320 | 4032 Alabama St San Diego, CA 92104 | Rentals | Jan. 1988 - present |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: Sept 15, 2010          Signature  /s/ Judith Jean Hoffman
                             of Debtor
                                                                 Judith Jean Hoffman

Date: _____          Signature _____
                             of Joint Debtor
                             (if any)

                    **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] • Forms Software Only

B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
## Southern District of California

IN RE:                                                                    Case No. 10-14890

Hoffman, Judith Jean                                                      Chapter 13
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy
Address:                                                                  petition preparer is not an individual, state
_____                          the Social Security number of the officer,
_____                          principal, responsible person, or partner of
                                                                         the bankruptcy petition preparer.)
                                                                         (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Hoffman, Judith Jean                              X /s/ Judith Jean Hoffman                    9/13/2010
Printed Name(s) of Debtor(s)                          Signature of Debtor                          Date

Case No. (if known) 10-14890                      X_____
                                                      Signature of Joint Debtor (if any)              Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only if** the certification has NOT been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only