NTF
Rev. 11/07

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Judith Jean Hoffman**
 2918 Marquette St.
San Diego, CA 92106
xxx–xx–7084
*No Known Aliases*

Case number:  10–14890–MM13
Chapter:  13
Judge  Margaret M. Mann

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **18 & 26** filed on: **9/17/10**    Title of Document: **Balance of Schedules filed 9/17/10 and Amendment filed 12/1/10**

Pursuant to General Order 162, Federal Rules of Procedure and/or Local Bankruptcy Rules, the following errors or deficiencies have been found with your filed document:

**Other reason––See OTHER section below.**

<u>**ACTION TAKEN BY COURT**</u>

☑ Aty/Debtor(Pro Se)/Movant contacted on **12/2/10**    via  ☐ Tel/Voice Mail    ☐ Email   ☑ Mail or Other
**Other action––See OTHER section below.**

<u>**ACTION REQUIRED BY FILER**</u>

**Other action––See OTHER section below.**

<u>**OTHER:**</u> **These documents indicate new creditors being added to your case..please file CSD 1101 along with the fee of $26.00 before we can add them to your case.**

Dated: 12/2/10

Barry K. Lander
Clerk of the Bankruptcy Court