| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Harre, Esq.   CBN 86938<br>Global Capital Law, PC<br>17111 Beach Blvd., Ste 100<br>Huntington Beach, CA 92647<br><br>Attorney for  Debtor Judith Hoffman | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

In re:

Hoffman, Judith Jean

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 13

CASE NUMBER 10-14890

☐ ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is (specify name):

   Judith J. Hoffman, Debtor in Pro Persona

2. The name, address and telephone number of the New Attorney are (specify):

   Gary Harre - (714) 907-4182
   17111 Beach Blvd., Ste 100, Huntington Beach, CA 92647

3. New Attorney hereby appears in the following matters:   ☒ The case    ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. (Specify name of Present Attorney):

Dated: 12/2/2010

Judith J. Hoffman
Type Name of Party

_[signature]_
Signature of Party

I consent to the above substitution.

Dated: 12/2/2010

Judith J. Hoffman
Type Name of Present Attorney

_[signature]_
Signature of Present Attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Dated: 12/02/2010

Gary Harre
Type Name of New Attorney

_[signature]_
Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4